696 A.2d 805

### STONEHEDGE SQUARE LIMITED PARTNERSHIP, Respondent,

v.

### MOVIE MERCHANTS, INC., d/b/a Movie Merchants, Petitioner.

Supreme Court of Pennsylvania.

July 18, 1997.

Jordan D. Cunningham and Edwin A.D. Schwartz, Harrisburg, for Petitioner.

## *ORDER*

PER CURIAM:

AND NOW, this 18th day of July, 1997, the Petition for Allowance of Appeal is hereby GRANTED BUT LIMITED to the following:

Whether the Superior Court's decision to rely on this Court's decision in *Auer v. Penn,* 99 Pa. 370 (1882) was improper?